# MAXIM MAXIMOV, LLP

ATTORNEYS AT LAW

1600 AVE M • SECOND FLOOR
BROOKLYN • NEW YORK • 11230

EMAIL: M@MAXIMOVLAW.COM
TELEPHONE: (718) 395-3459
FACSIMILE: (718) 408-9570

January 7, 2013

**VIA ECF**
Judge Frederic Block
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      **RE:**    **Civil Action No. CV-12-2722**
                **Amram Linkov v. David Golding d/b/a Suki & Ding d/b/a Suki & Ding Productions; Milton Tanenbaum a/k/a Uncle Moishy d/b/a Uncle Moishy, Inc.**

Dear Honorable Judge Block:

    I represent the plaintiff in the above matter.  I am responding to Your Honor's request for a status report.

    I have been unable to amicably resolve this matter with David Golding and will be proceeding with the entry of default judgment due to Mr. Golding's failure to timely file an answer.  I will not be pursuing this claim against Milton Tanenbaum.

    Thank you for the Court's consideration of the foregoing.

                                                  Very truly yours,

                                                  /s/

                                                Maxim Maximov, Esq.